In the Matter of LUIS USERA, Appellant, v JAMES L. BERBARY, as Superintendent of Collins Correctional Facility, et al., Respondents. [845 NYS2d 210]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), dated June 1, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the amended petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Smith, Lunn and Pine, JJ.